# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| WORLDPAK INTERNATIONAL, LLC | § | |
| | § | |
| v. | § | Case No. 4:08-CV-00469 |
| | § | Judge Schneider/Judge Mazzant |
| DIABLO VALLEY PACKAGING, INC. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 26, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Diablo Valley Packaging, Inc.'s Motion for Partial Summary Judgment should be granted in part and denied in part.

The Court, having made a *de novo* review of the objections raised by Defendant, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Defendant Diablo Valley Packaging, Inc.'s Motion for Partial Summary Judgment (Dkt. #79) is **GRANTED** in part and **DENIED** in part. Plaintiff's causes

of action for Tortious Interference with a Business Relationship and Disparagement of Business Reputation are dismissed.

**IT IS SO ORDERED.**

**SIGNED this 14th day of September, 2010.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE